UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL GRESHAM,

                Plaintiff,                Case No. 1:19-cv-802

v.                                      Honorable Paul L. Maloney

ERNST CHRISTIAN GAUDERER et al.,

                Defendants.

_____/

## **<u>JUDGMENT</u>**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   <u>January 7, 2020</u>               <u>/s/ Paul L. Maloney</u>
                                                Paul L. Maloney
                                                  United States District Judge